UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ROBERT BRADBURN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 3:19-CV-925-PPS-MGG |
| ) | |
| C.R. BARD, INC., BARD ACCESS ) | |
| SYSTEMS, INC., and DOES 1 through 10, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

The Parties' Stipulation of Dismissal Without Prejudice [DE 46] is **GRANTED**.

This action is **DISMISSED WITHOUT PREJUDICE**. Each party to bear its own fees

and costs. The Clerk is directed to close this case.

SO ORDERED on March 4, 2022.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT